# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CHARLES P. PRIDE**                                                     **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 1:22-cv-220-TBM-BWR**

**EVAN HUBBARD,** *et al.*                                            **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [26] entered by United States Magistrate Judge Bradley W. Rath on July 13, 2023. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS ORDERED AND ADJUDGED that the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute. This CASE is CLOSED.

This, the 3rd day of August, 2023.

                                                            TAYLOR B. McNEEL
                                                 UNITED STATES DISTRICT JUDGE